People v Sanchez (2024 NY Slip Op 04441)

People v Sanchez

2024 NY Slip Op 04441

Decided on September 12, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 12, 2024

Before: Webber, J.P., Moulton, Kennedy, Rodriguez, O'Neill Levy, JJ. 

Ind No. 73955/22 Appeal No. 2006 Case No. 2023-05014 

[*1]The People of the State of New York, Respondent,
v
Rhony Sanchez, Defendant-Appellant.

The Kron Law Firm, Brooklyn (David L. Kron of counsel), for appellant.

Order, Supreme Court, New York County (Angela Badamo, J.), entered on or about August 22, 2023, which denied defendant's CPL 490.10(1) motion for early termination of probation, unanimously affirmed.
The motion court providently exercised its discretion in denying defendant's CPL 410.90(1) motion for termination of his probation.
Alternatively, we perceive no basis, notwithstanding defendant's successful efforts to build a constructive and productive life and his substantial compliance with the terms and conditions of probation thus far, to exercise our discretion in the interest of justice to grant defendant's motion. This is particularly so given the submitted psychiatric and risk assessment's indication of defendant's report that he "accidentally" connected with the child pornography forming the basis of his conviction and viewed it for a few months (see e.g. People v Weitz, 37 Misc 3d 445, 460 [Sup Ct, NY County 2012] [application for probation termination denied where probationer failed to establish "mature awareness and understanding of the traits, issues and conditions which activated or supported his commission of" the offense]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: August 12, 2024